IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | EP-26-M-00651-MAT |
| | § | |
| NESTOR DANIEL NAVA-VILLEDA | § | |
| Defendant. | § | |

## NOTICE ON ORDER TO SHOW CAUSE

This notice is as ordered by the Court Order to Show Cause dated February 11, 2026. *See* Order to Show Cause, February 11, 2026, ECF No 6.

From January 30, 2026, through February 5, 2026, Brian Kennedy's emails are forwarded to staff and any appearances required were to be placed on the calendar because of his being in trial on a double aggravated robbery case in the 409th District Court in El Paso, Texas. During the end of day recap on the 5th of February, Mr. Kennedy was informed by staff that Judge Torres had assigned eight cases, and the appropriate entries had been made into the firm's case management software. Though the assignment package was reviewed, through a clerical oversight the status hearing was never calendared.

On Friday February 6th, 2026, Mr. Kennedy was going to hearings in Pecos, Texas. Following the firms preferred policy of initial meetings with clients to be face to face, Mr. Kennedy stopped at the West Texas Detention center. Upon arrival Mr. Kennedy was immediately informed that there was a potential concern of measles being investigated at the facility. Without the status hearing on his calendar, the decision was made to wait for the outcome of that analysis before meeting in person with the clients. Had the clerical oversite not occurred and the status hearing being correctly calendared. Mr. Kennedy would have been aware of the pending status hearing. Mr. Kennedy would have made initial contact telephonically to expedite the contact or met with the clients after transport to El Paso for the status hearing.

On February 10, 2026, when Mr. Morales reached out to Mr. Kennedy's cell phone, it had been silenced for a client meeting. Upon exiting that meeting and checking the message Mr. Kennedy's response was immediate. As Mr. Morales can confirm, he received a frantic callback about the missed hearing. Mr. Kennedy came to court the following day, February 11, 2026, and was informed that there would be a show cause hearing.

Mr. Kennedy's failure to appear was not rooted in any disrespect or contempt. Mr. Kennedy 's law firm is now following an enhanced calendaring process with backup safeguards.

Brian Kennedy asks the Court's forgiveness of this clerical error that led to a series of decisions with potentially terrible consequences. Mr. Kennedy asks the court and to find that there was not any contempt of court.

Respectfully submitted,

/s/ Brian Paul Kennedy

Brian Paul Kennedy
State Bar No. 24110079
Brian Kennedy Law Firm PLLC
310 N. Mesa, Suite 614
915-227-9290